IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01841-WYD-BNB

EIGHTH DISTRICT ELECTRICAL BENEFIT FUND and
TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL BENEFIT FUND,

    Plaintiffs,

v.

GERARD RADEMACHER, a protected person, and
SARAH RADEMACHER, as conservator of GERARD RADEMACHER,

    Defendants.

## ORDER OF DISMISSAL

    This matter is before the Court on Plaintiffs' Notice of Dismissal with Prejudice filed pursuant to FED. R. CIV. P. 41ja)(1).  I have reviewed the Notice and verified that fact that no responsive pleading has been filed.  Accordingly, it is

    ORDERED that the Notice is accepted and this action is **DISMISSED WITH PREJUDICE**, each side to bear its own costs and attorney fees.

    Dated:  January 4, 2008

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge